[No. 20020-1-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
KRAUSE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-01126-0, Grant L. Anderson, J., entered
October 18, 1995. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater, A.C.J., and
Hunt, J.


[No. 20053-8-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EFREN
RESENDES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-01378-7, Frederick B. Hayes, J., entered
July 19, 1995. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 20361-8-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
T. TOMES, *Appellant.*

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 95-1-00041-8, Tom Reynolds, J., entered
January 11, 1996. *Affirmed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Seinfeld,
JJ.


[No. 20375-8-II.    Division Two.    July 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS
DEAN RICHARDS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00837-2, James D. Ladley, J., entered
February 15, 1996. *Affirmed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Seinfeld,
JJ.